IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY HARLEY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-2639** |
| | : | |
| **PHILADELPHIA SEPTA** | : | |
| **TRANSPORTATION** | : | |
| **HEADQUARTERS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 11th day of July, 2024, upon consideration of Plaintiff Mary Harley's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Harley is **GRANTED** leave to proceed *in forma pauperis*.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum as follows:

    a. Claims raised on behalf of Harley's daughter and any other individuals are **DISMISSED WITHOUT PREJUDICE** for lack of standing; and

    b. Any claims raised on Harley's behalf are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**